**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Abdulfatah Abdulla Abozaid,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. KERRY, U.S. Secretary of State, *et al.*,<br><br>Defendants. | No. 3:16-cv-00623-CRB<br><br>~~[PROPOSED]~~ ORDER |

The Court hereby GRANTS Defendants' THIRD JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE. Accordingly, the Court orders as follows:

1. December 7, 2016 – parties to conduct telephonic mediation.

2. December 15, 2016 – parties to file a Joint Status Report with the Court, as previously ordered (ECF No. 31).

3. January 11, 2017 – parties to conduct in person mediation at the U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

DATED: 10/26/2016

_____
Honorable Charles R. Breyer
Senior United States District Judge